# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SON THANH NGUYEN, | ) | No. CV 14-1203 PA (FFM) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| UNITED STATES OF AMERICA, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 10, 2014

_____
PERCY ANDERSON
United States District Judge